| Form 668 (Z) (Rev. 10-2000) | - - * - -  4651 | Department of the Treasury - Internal Revenue Service **Certificate of Release of Federal Tax Lien** |
|---|---|---|

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #15 Lien Unit Phone: (800) 913-6050 | Serial Number  434707208 | For Use by Recording Office  MC-07-00037 |
|---|---|---|

I certify that the following-named taxpayer, under the requirements of section 6325 (a) of the Internal Revenue Code has satisfied the taxes listed below and all statutory additions. Therefore, the lien provided by Code section 6321 for these taxes and additions has been released. The proper officer in the office where the notice of internal revenue tax lien was filed on __April 14__ __2008__, is authorized to note the books to show the release of this lien for these taxes and additions.

**F I L E D**
Clerk
District Court

SEP 1 1 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Name of Taxpayer
ISLAND MARINE SPORTS INC , a Corporation

Residence PO BOX 10003 PMB 521
SAIPAN, MP 96950-8903

COURT RECORDING INFORMATION:
Liber   Page   UCC No.   Serial No.
n/a     n/a    n/a       MC07-00037

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 941 | 06/30/2007 | 66-0594595 | 10/08/2007 | 11/07/2017 | 465.36 |

Place of Filing
US DISTRICT COURT OF CNMI
PO BOX 500687
Saipan, MP 96950

Total  $  465.36

This notice was prepared and signed at ___INTERNATIONAL, PR___, on this,

the __27th__ day of __August__, __2008__.

Signature  R. A. Mitchell

Title  Director, Campus Compliance Operations

(NOTE: Certificate of officer authorized by law to take acknowledgments is not essential to the validity of Certificate of Release of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - RECORDING OFFICE

Form **668 (Z)** (Rev. 10-2000)
CAT. NO 600261